UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TAUFIQ PAREKH, et al.,

                               **Plaintiffs,**                        21-CV-09963 (LJL)(SN)

     -against-                                                **ORDER**

JORA DHALIWAL,

                               **Defendant.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       A settlement conference is scheduled for Thursday, September 22, 2022, at 10:00 a.m. and will be held in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, September 15, 2022, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      July 13, 2022
                    New York, New York