UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAUFIQ PAREKH, et al.,

                                        **Plaintiffs,**                    21-CV-09963 (LJL)(SN)

       -against-                                                      **ORDER**

JORA DHALIWAL,

                                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The settlement conference currently scheduled for Thursday, September 22, 2022, at 10:00 a.m. will be held telephonically. The Court will provide dial-in information by email before the conference.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      September 7, 2022
                    New York, New York