```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TAUFIQ PAREKH, FARAH NAZARI,                                     :
                                                                 :
                        Plaintiffs,                              :
                                                                 :           21-cv-9963 (LJL)
          -v-                                                    :
                                                                 :              ORDER
JORA DHALIWAL,                                                   :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    As discussed at today's status conference held in this matter, it is hereby ORDERED that any motion to reopen discovery must be made by September 21, 2022, and any motion for summary judgment shall also be made by that date.

    A trial in this matter is scheduled for October 31, 2022 at 9:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse. The parties are directed to submit a proposed joint pretrial order by October 19, 2022 and to submit all applicable pretrial filings required by the Court's Individual Rules by that date. Responses to the *in limine* motions, if any, shall be filed by October 26, 2022. The final pretrial conference will take place on October 27, 2022 at 12:00 p.m. in Courtroom 15C.

    SO ORDERED.

Dated: September 14, 2022
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2022